Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 07 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-00020-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. § 39A<br>Aiming a Laser Pointer at an Aircraft<br>(Counts 1 and 2) |
| JOHNNY R. BLACKSTOCK, | |
| Defendant. | |

The Grand Jury charges:

### COUNT 1

On or about October 13, 2023, in the Eastern District of Washington, the Defendant, JOHNNY R. BLACKSTOCK, knowingly aimed the beam of a laser pointer at the Spokane County Sheriff's Office Air One helicopter, an aircraft in the special aircraft jurisdiction of the United States, in violation of 18 U.S.C. § 39A.

### COUNT 2

On or about October 13, 2023, in the Eastern District of Washington, the Defendant, JOHNNY R. BLACKSTOCK, knowingly aimed the beam of a laser

INDICTMENT – 1

pointer at a Life Flight medical helicopter, an aircraft in the special aircraft jurisdiction of the United States, in violation of 18 U.S.C. § 39A.

DATED this ___ day of February, 2024.

A TRUE BILL



*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Patrick J. Cashman*
Patrick J. Cashman
Assistant United States Attorney

INDICTMENT – 2