Case 2:24-cr-00020-MKD    ECF No. 35    filed 07/03/24    PageID.105    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY R. BLACKSTOCK,<br><br>Defendant. | No. 2:24-CR-00020-MKD-1<br><br>ORDER GRANTING DEFENDANT'S EXPEDITED MOTION FOR MODIFICATION OF CONDITION NO. 11<br><br>**MOTION GRANTED**<br>**(ECF No. 34)** |

Before the Court is Defendant's Expedited Motion for Modification of Release Condition No. 11, **ECF No. 34**. Defendant seeks continued release to Hutton House, clean and sober housing, where he can begin intensive outpatient treatment.

The United States and U.S. Probation do not oppose Defendant's release proposal. Accordingly, the Court finds the United States agrees that the release conditions imposed in this Order and the prior Order at ECF No. 20 are both a sufficient combination of conditions that will reasonably assure Defendant's appearance at future proceedings and a sufficient combination of conditions that will reasonably assure the safety of other persons and the community if Defendant is released.

**IT IS ORDERED:**

1. After consideration of Defendant's Motion, **ECF No. 34**, the Court **GRANTS** Defendant's Motion as follows:

ORDER - 1

2. Defendant shall remain at Hutton House, clean and sober housing, where he can begin intensive outpatient treatment on the previously ordered conditions of pretrial release set forth in the Court's prior Order at ECF No. 20 subject to the following modifications and additional conditions, including that he appears for all hearings and that he remains in contact with his counsel.

3. The Court strikes Condition Nos. 11 and 16 in the Order Following Initial Appearance and Arraignment on Indictment and Detention Hearings, ECF No. 20, and imposes the following additional conditions:

   **(1)** Defendant must reside at Hutton House and may not change residences without prior approval from Pretrial Services.

   **(2)** Defendant shall participate in intensive outpatient treatment and follow all treatment recommendations of treatment and Pretrial Services.

   **(3)** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing up to six times per month.

   **(4)** Defendant shall refrain from any use of alcohol.

**IT IS SO ORDERED.**

DATED July 3, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2